Case 4:21-cv-00657   Document 4   Filed on 04/05/21 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 06, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| *IN RE:* INTERCONTINENTAL TERMINALS COMPANY LLC DEER PARK FIRE LITIGATION, | § § § § § § § § § § § § § § | Lead Case No. 4:19-cv-01460<br><br>Related Case Nos. 4:21-cv-00657<br>4:21-cv-00736<br>4:21-cv-00799<br>4:21-cv-00814<br>4:21-cv-00825<br>4:21-cv-00834<br>4:21-cv-00836<br>4:21-cv-00846<br>4:21-cv-00852<br>4:21-cv-00862<br>4:21-cv-00889 |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONSOLIDATE

On this day came to be heard defendant Intercontinental Terminals Company LLC's motion to consolidate (Dkt. No. 591). Having considered the motion, the applicable law, the arguments of counsel, if any, and all other supporting and opposing papers, this Court is of the opinion that the motion should be GRANTED.

Accordingly, the following cases are hereby consolidated with the lead consolidated case (*Munoz v. Intercontinental Terminals Co.*, Case No. 4:19-cv-01460) for all pretrial purposes:

- *Gomez, et al. v. Intercontinental Terminals Co., et al.*, Case No. 4:21-cv-00657;
- *Bryant v. Intercontinental Terminals Co., et al.*, 4:21-cv-00736;
- *Greene, et al. v. Intercontinental Terminals Co., et al.*, Case No. 4:21-cv-00799;
- *Holden, et al. v. Intercontinental Terminals Co., et al.*, Case No. 4:21-cv-00814;
- *AET, Inc., Ltd. v. Intercontinental Terminals Co., et al.*, Case No. 4:21-cv-00825;
- *Burke, et al. v. Intercontinental Terminals Co., et al.*, Case No. 4:21-cv-00834;
- *Mondragon, et al. v. Intercontinental Terminals Co., et al.*, Case No. 4:21-cv-00836;
- *Petredec Trading (U.S.), Inc. v. Intercontinental Terminals Co., et al.*, Case No. 4:21-cv-00846;

- *Villarreal v. Intercontinental Terminals Co., et al.*, Case No. 4:21-cv-00852;
- *Brown, et al. v. Intercontinental Terminals Co., et al.*, Case No. 4:21-cv-00862;

and

- *Quality Carriers, Inc., et al. v. Intercontinental Terminals Co., et al.*, Case No. 4:21-cv-00889.

As of the date of this Order, all filings in this consolidated matter shall be filed in the lead consolidated case (*Munoz*, 4:19-cv-01460). The Court reserves ruling on whether to consolidate for trial until a later date.

It is so ORDERED.

SIGNED on this 5th day of April, 2021.

Kenneth M. Hoyt
United States District Judge